421 A.2d 204

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John HANCHARIK, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1980.

Decided Nov. 3, 1980.

Leonard I. Sharon, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for appellee.

## ORDER

PER CURIAM:

Judgment of sentence of the Court of Common Pleas of Allegheny County is affirmed.